**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7166**

———————

GARRY L. JONES,

Plaintiff - Appellant,

versus

MONTGOMERY E. TUCKER, Chairman; MEMBERS, VIR-
GINIA PAROLE BOARD,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior Dis-
trict Judge.  (CA-98-196-2)

———————

Submitted:  November 19, 1998        Decided:  December 3, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Garry L. Jones, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Garry L. Jones appeals the district court's order denying relief on his claims brought under 42 U.S.C.A. § 1983 (West Supp. 1998) and 28 U.S.C. §§ 2201, 2202 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Jones v. Tucker</u>, No. CA-98-196-2 (E.D. Va. July 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>